IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Robert Smerling | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No: 12 cv 50362 |
| v. | ) | |
| | ) | Judge: Philip G. Reinhard |
| Officer Christopher Dever et al., | ) | |
| Defendants. | ) | |

# **ORDER**

On 12/15/2014, Magistrate Judge Johnston entered a report and recommendation [89] that a default judgment be entered in favor of plaintiff and against defendant in the amount of $40,000 consisting of $20,000 in compensatory damages and $20,000 in punitive damages. No timely objection has been filed by any party. The court has reviewed the report and recommendation and the record. Though the amount of damages recommended is on the high end based on the evidence, the amount is supported by the evidence submitted. The court, therefore, accepts the report and recommendation and adopts the findings of fact and conclusions of law contained in the report and recommendation. Judgment is entered in favor of plaintiff and against defendant in the sum of $40,000.

Date: 1/6/2015

*Philip G. Reinhard*

Philip G. Reinhard, U.S. District Judge